# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ANGELA STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-03103 |
| ) | |
| GREAT AMERICAN ) | |
| STEAMBOAT CO., LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having considered the parties' Joint Motion to Dismiss with Prejudice, finds that the motion is well taken and should be granted.

It is hereby ordered, adjudged, and decreed that this case is dismissed with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: September 19, 2013