*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **ANGELA STEWART** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **GREAT AMERICAN STEAMBOAT CO., LLC** | CASE NO: 12-3103-A |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Dismissing Case With Prejudice entered on September 19, 2013, this cause is hereby dismissed with prejudice.**

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 9/24/2013

THOMAS M. GOULD
Clerk of Court

s/Terry L. Haley
(By)  Deputy Clerk